```
                                        FILED
                                    JUDGMENT ENTERED

                               _____April 20, 2005_____
                                           Date
                            by _____G. Lucas_____
                                        Deputy Clerk
                                    U.S. District Court
                                Eastern District of California
                               __x____   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MELVIN JONES, JR.,

       Plaintiff,

vs.                                      **JUDGMENT IN A CIVIL ACTION**

                                1:05-cv-410 OWW

DAVID STRANGIO,

       Defendant.
_____/


       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:

                                   JACK L. WAGNER, Clerk

                                   /s/ Greg Lucas
                        By:
                                   Deputy Clerk

jgm.civ
2/1/95